UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                 :

CHRISTIAN SANCHEZ, *on behalf of himself and all*  :
*others similarly situated*,

                                         :

                       Plaintiff,        :            20-CV-10157 (JMF)

                                         :

           -v-                            :            <u>ORDER</u>

                                         :

DENBY USA LIMITED,                 :

                                         :

                       Defendant.     :

                                         :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The initial pretrial conference scheduled for May 13, 2021 at 2:00 p.m. is
RESCHEDULED to **May 14, 2021** at **2:15 p.m.**

      The conference will be held remotely by teleconference in accordance with Rule 2(A) of
the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at
https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling
the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540,
followed by the pound (#) key.  (Members of the public and press may also attend using the
same dial-in information; they will not be allowed to speak during the conference.)

      As stated in Rule 2(C)(ii) of the Court's Emergency Individual Rules and Practices in
Light of COVID-19, **no later than 24 hours before the conference**, the parties shall send a joint
email to the Court with a list of counsel who may speak during the teleconference and the
telephone numbers from which counsel expect to join the call.  More broadly, counsel should
review and comply with the rules and guidance regarding teleconferences set forth in the Court's
Emergency Individual Rules and Practices in Light of COVID-19.

      SO ORDERED.

Dated: May 7, 2021
      New York, New York                          _____
                                         JESSE M. FURMAN
                                 United States District Judge