UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
   :
CHRISTIAN SANCHEZ, *on behalf of himself and all*   :
*others similarly situated*,    :
   :
                    Plaintiff,   :    20-CV-10157 (JMF)
   :
        -v-   :    ORDER
   :
DENBY USA LIMITED,   :
   :
                    Defendant.   :
   :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      With apologies, the Court has to reschedule the initial pretrial conference that was rescheduled earlier today. It is ADJOURNED to **May 20, 2021** at **4:00 p.m.** The dial-in information remains the same as in the Court's Order entered earlier today, ECF No. 14.

      SO ORDERED.

Dated: May 7, 2021
       New York, New York
                                                    JESSE M. FURMAN
                                                    United States District Judge