```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
CHRISTIAN SANCHEZ,                                               :
                                                                 :
                              Plaintiff,                         :    20-CV-10157 (JMF)
                                                                 :
              -v-                                                :    ORDER
                                                                 :
DENBY USA LIMITED,                                               :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      As discussed, and for the reasons stated, on the record at a conference conducted remotely by telephone earlier today:

- The parties shall file a joint letter no later than **June 21, 2021:**

    - Reporting on the status of settlement discussions;

    - Indicating whether a referral to a Magistrate Judge or the Court-annexed Mediation Program would be helpful;

    - Indicating whether and when Defendant intends to file an answer or a motion to dismiss and

        - If Defendant intends to file an answer, including a revised proposed case management plan and indicating whether the parties believe a conference is necessary;

        - If Defendant intends to file a motion to dismiss, including a proposed briefing schedule.

      SO ORDERED.

Dated: May 20, 2021  
       New York, New York  
                                                  JESSE M. FURMAN  
                                                United States District Judge